

NUMBER 13-14-00482-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

STEPHEN FORREST MILLER,                                               Appellant,

v.

THE STATE OF TEXAS,                                                   Appellee.

**On appeal from the 148th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Stephen Forrest Miller, filed a letter with the Court on August 19, 2014 which was interpreted as a notice of appeal. On September 8, 2014 appellant filed a letter explaining that he did not intend to file a notice of appeal but was merely filing a letter of inquiry. We construe appellant's letter as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the

motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS

the appeal.   Having dismissed the appeal at appellant's request, no motion for rehearing

will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* Tex. R. App. P. 47.2(b).

Delivered and filed the
9th day of October, 2014.